1  Jodi K. Swick No. 228634
   John T. Burnite No. 162223
2  **McDOWELL HETHERINGTON LLP**
   1 Kaiser Plaza, Suite 340
3  Oakland, CA 94612
   Telephone:  510.628.2145
4  Facsimile:  510.628.2146
   Email:       jodi.swick@mhllp.com
5               john.burnite@mhllp.com

6  Attorneys for Plaintiff
   MINNESOTA LIFE INSURANCE COMPANY
7

8            **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10              **SACRAMENTO DIVISION**

11

12 | MINNESOTA LIFE INSURANCE COMPANY, | Case No. 2:19-cv-00054-JAM-EFB |

13 Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF MINNESOTA LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS WITH COURT AND INTO AN INTEREST-BEARING ACCOUNT**

14

15 v.

16 G.M.; A.M.; and DOES 1-10,

   Defendants.
17
   Complaint Filed: January 8, 2019
18
   Date:       April 10, 2019
19 Time:       10:00 a.m.
   Location:   Courtroom 8, 13th Floor
20

21      Plaintiff Minnesota Life Insurance Company's Motion to Deposit Interpleader

22 Funds into an interest-bearing account is granted and the Clerk of Court is hereby

23 ORDERED to accept a check, payable to the Clerk, U.S. District Court, in the amount of

24 $1,107,000.00 plus accrued interest.[1]

25

26

27      [1] The court has determined that oral argument would not materially assist in
   resolution of the motion, and the hearing noticed for April 10, 2019, is hereby
   vacated. E.D. Cal. L.R. 230(g).
28

1    IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court

2  into the Registry of this Court, in an interest-bearing account.

3    IT IS FURTHER ORDERED that the sum of money so invested in the interest-

4  bearing account shall remain on deposit until further order of this Court at which time the

5  funds, together with interest thereon, shall be distributed pursuant to further order of the

6  Court.

7    IT IS SO ORDERED.

8   Dated:  April 4, 2019

Hon. Edmund F. Brennan
9                             UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF MINNESOTA LIFE INSURANCE COMPANY'S
MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS WITH COURT AND INTO AN
INTEREST-BEARING ACCOUNT