| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | KRISTIN N. CAPRITTO (Bar No. 300307) |
| 2 | 621 Capitol Mall, 18th Floor |
| | Sacramento, CA 95814-4731 |
| 3 | Telephone: 916.444.1000 |
| | Facsimile: 916.444.2100 |
| 4 | kcapritto@downeybrand.com |

Attorneys for Defendant,
A.M., a minor by and through his Guardian
ad Litem, THERESA MCCOLLOCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | Case No. 2:19-CV-00054-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO DISBURSE INTERPLEADED FUNDS** |
| v. | |
| G.M. a minor by and through her guardian ad litem, MARY LOUISE GOLLEHON; A.M., a minor by and through his guardian ad litem THERESA MCCOLLOCH; and DOES 1-10, | |
| Defendants. | |

**STIPULATION**

The Parties have settled their dispute to the interpleaded funds. On July 23, 2019, the Parties filed a Joint Motion for Approval of Settlement Agreement. On September 10, 2019, the Court approved the Settlement. (*See* ECF No. 24, Min. Order.) The Parties hereby stipulate the Court may enter the following Order directing the Clerk of Court to disburse the interpleaded funds, pursuant to Local Rule 150 (d) and (e).

///

///

///

1587422.2

1

| | | |
|---|---|---|
| DATED: October 15, 2019 | | DOWNEY BRAND LLP |

By:  /s/ Kristin N. Capritto
      KRISTIN N. CAPRITTO
      Attorneys for Defendant
      A.M., a Minor, by and through his
      Guardian ad Litem
      THERESA MCCOLLOCH

DATED: October 15, 2019          WAGNER KIRKMAN BLAINE
                                 KLOMPARENS & YOUMANS LLP

By:  /s/ Robin L. Klomparens
      ROBIN L. KLOMPARENS
      Attorneys for Defendant
      G.M., a Minor, by and through her
      Guardian ad Litem
      MARY LOUISE GOLLEHON

**ORDER TO DISBURSE FUNDS**

Pursuant to the Stipulation of the Parties and Local Rule 150 (d) and (e), the Clerk of Court SHALL DISBURSE the Interpleaded Funds on deposit with the Court as follows:

1. $1,123,923.46, and any and all accrued interest, shall be paid to Brett McColloch as Trustee of the McCulloch Children's Irrevocable Trust ("Trust"), to be held, administered, and distributed pursuant to the terms therein. The Clerk of Court shall mail the funds to Brett McColloch, Trustee of the Children's Irrevocable Trust, c/o Michael P. Donohoe, Esq., Ramsbacher Prokey Leonard LLP, 1140 Scenic Drive, Suite 110, Modesto, CA 95350.

IT IS SO ORDERED.

DATED: October 16, 2019          /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

1587422.2                            2