DOWNEY BRAND LLP
KRISTIN N. CAPRITTO (Bar No. 300307)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
kcapritto@downeybrand.com

Attorneys for Defendant,
A.M., a minor by and through his Guardian
ad Litem, THERESA MCCOLLOCH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>G.M. a minor by and through her guardian ad litem, MARY LOUISE GOLLEHON; A.M., a minor by and through his guardian ad litem THERESA MCCOLLOCH; and DOES 1-10,<br><br>    Defendants. | Case No. 2:19-CV-00054-JAM-EFB<br><br>**AMENDED STIPULATION AND AMENDED ORDER TO DISBURSE INTERPLEADED FUNDS** |

## AMENDED STIPULATION

The Parties have settled their dispute to the interpleaded funds. On July 23, 2019, the Parties filed a Joint Motion for Approval of Settlement Agreement. On September 10, 2019, the Court approved the Settlement. (*See* ECF No. 24, Min. Order.) The Parties hereby stipulate the Court may enter the following Order directing the Clerk of Court to disburse the interpleaded funds, pursuant to Local Rule 150 (d) and (e).

///

///

///

1587422.3
1

| | | |
|---|---|---|
| DATED: October 16, 2019 | | DOWNEY BRAND LLP |

By: /s/ Kristin N. Capritto
KRISTIN N. CAPRITTO
Attorneys for Defendant
A.M., a Minor, by and through his
Guardian ad Litem
THERESA MCCOLLOCH

DATED: October 16, 2019    WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP

By: /s/ Robin L. Klomparens
ROBIN L. KLOMPARENS
Attorneys for Defendant
G.M., a Minor, by and through her
Guardian ad Litem
MARY LOUISE GOLLEHON

## AMENDED ORDER TO DISBURSE FUNDS

Pursuant to the Stipulation of the Parties and Local Rule 150 (d) and (e), the Clerk of Court SHALL DISBURSE the Interpleaded Funds on deposit with the Court as follows:

1. $1,123,923.46, and any and all accrued interest, shall be paid to Brett McColloch as Trustee of the McColloch Children's Irrevocable Trust ("Trust"), to be held, administered, and distributed pursuant to the terms therein. The Clerk of Court shall mail the funds to Brett McColloch, Trustee of the McColloch Children's Irrevocable Trust, c/o Michael P. Donohoe, Esq., Ramsbacher Prokey Leonard LLP, 1140 Scenic Drive, Suite 110, Modesto, CA 95350.

IT IS SO ORDERED.

DATED: October 18, 2019    /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE